# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Harold Oliver )<br>Plaintiff(s) )<br>)<br>v. )<br>)<br>Kevwe Akpore )<br>Defendant(s) | Case No. 14 C 6004 |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)

     and against defendant(s)
     in the amount of $           ,

         which ☐ includes       pre–judgment interest.

         ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐     in favor of defendant(s)

     and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒     other:    Harold Oliver's petition for a writ of habeas corpus is dismissed for lack of jurisdiction pursuant to 28 U.S.C. § 2244(b)(3)(A).

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.

☐ tried by Judge     without a jury and the above decision was reached.

☒ decided by Judge Charles P. Kocoras on a motion   (Petition) for writ of habeas corpus.


Date:   8/29/2014                           Thomas G. Bruton, Clerk of Court

                                                              /s/ Yolanda Pagan, Deputy Clerk